# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 4,515.—STATE ex rel. NICHOLAS M. GOLUBIN, Respondent, v. WILLIAM T. STODDEN, as Mayor of the City of Butte, Appellant.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided December 23, 1919.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Mr. R. L. Clinton* and *Mr. C. F. Juttner,* for Appellant.

*Mr. T. F. O'Connell* and *Mr. Geo. D. Toole,* for Respondent.

---

No. 4,295.—MIDLAND COAL CO. et al., Respondents, v. CITY OF MILES CITY, Appellant.

*Appeal from District Court, Custer County; C. C. Hurley, Judge.*

Decided December 23, 1919.

PER CURIAM.—Upon motion of the appellant, the appeal herein is dismissed.

*Mr. Geo. W. Farr* and *Mr. H. E. Herrick,* for Appellant.

*Mr. C. A. Spaulding,* for Respondent.